IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 20 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00759-BNB

MICHAEL WHITINGTON,

    Plaintiff,

v.

JOE ORTIZ,
AL ESTEP,
JOHN DOE,
SGT. OLSEN,
SGT. HUFF,
SGT. HARDING,
C/O BARNES,
LT. JOHN CORDOVA, and
LT. ADELMAN,

    Defendants.

---

### MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the letter to the clerk of the Court and the "Plaintiff's Motion Requesting Enlargement of Time to Coply [sic] With the Courts [sic] Order on June 2nd, 2006 to Require the Plaintiff to File an Amended Complaint and to Show Cause" submitted by Plaintiff Michael Whitington and filed with the Court on June 16, 2006. Mr. Whitington alleges that he did not receive the two copies of the proper, Court-approved form for filing a Prisoner Complaint that should have been mailed to him together with the June 9, 2006, minute order ordering the clerk of the Court to mail to Mr. Whitington a copy of the June 2, 2006, "Order Directing Plaintiff to File an Amended Complaint and to Show Cause." The clerk of the Court will be directed to remail to Mr. Whitington two copies of the Prisoner Complaint form.

    On June 14, 2006, two days before submitting on June 16, 2006, his letter and motion for enlargement of time, Mr. Whitington submitted an amended complaint and a motion to amend. The motion to amend is DENIED as unnecessary. Plaintiff will be allowed **thirty (30) days from the date of this minute order** in which to submit another amended complaint on the enclosed forms. If Mr. Whitington fails to do so within the time allowed, the Court will consider the amended complaint he submitted and the Court filed on June 14.

Dated: June 20, 2006

---

Copies of this **Minute Order and two copies of the Prisoner Complaint** were mailed on June 20, 2006, to the following:

Michael Whitington
Reg. No. 98082
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

_____
Secretary/Deputy Clerk