IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00759-BNB

MICHAEL WHITINGTON,

      Plaintiff,

v.

JOE ORTIZ,
AL ESTEP,
JOHN DOE,
SGT. OLSEN,
SGT. HUFF,
SGT. HARDING,
C/O BARNES,
LT. JOHN CORDOVA, and
LT. ADELMAN,

      Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
⸱⸱ ⸱ ⸱⸱⸱ ⸱ OLORADO

AUG 2 2 2006

GREGORY C. LANGHAM
CLERK

───────────────────────────

ORDER DENYING MOTION TO RECONSIDER

Plaintiff Michael Whitington filed *pro se* on August 15, 2006, two motions titled

"Motion to Accep [sic] Motion to Amend Judgment Pursuant to Rule 59(e) F.R.C.P. With

Deficient Copies and Without the Attached Exhibits" and "Motion to Amend Judgement

[sic] Pursuant to Rule 59(e) F.R.C.P." The motion to accept the motion to amend will

be denied as unnecessary. In the motion to amend, Mr. Whitington asks the Court to

reconsider and vacate the Court's Order and Judgment of Dismissal entered on August

3, 2006, and filed on August 4, 2006. The Court must construe the motion to amend

liberally because Mr. Whitington is proceeding *pro se*. *See Haines v. Kerner*, 404

U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For

the reasons stated below, the motion to amend will be construed liberally as a motion to reconsider, and will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. Whitington filed the liberally construed motion to reconsider within ten days after the Order and Judgment of Dismissal filed on August 4, 2006. Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

The Court dismissed the complaint and the instant action without prejudice for failure to show cause why the amended complaint should not be dismissed for failure to exhaust the Colorado Department of Corrections' (DOC) three-step, administrative-remedy procedure. The reasons for the dismissal are discussed in detail in the August 4, 2006, dismissal order. Mr. Whitington contends that the amended complaint he submitted on July 17, 2006, was not considered by the Court.

The Court has reviewed the amended complaint Mr. Whitington filed on July 17, 2006, and has determined that nothing in the July 17 amended complaint changes the fact that Mr. Whitington failed to exhaust DOC administrative remedies as to each of his claims prior to initiating the instant action.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Whitington fails to demonstrate some reason why the Court should reconsider

2

and vacate the order to dismiss this action.  The three major grounds that justify

reconsideration are:  (1) an intervening change in controlling law; (2) the availability of

new evidence; and (3) the need to correct clear error or prevent manifest injustice.  **See**

**Shields v. Shetler**, 120 F.R.D. 123, 126 (D. Colo. 1988).

Mr. Whitington does not allege the existence of any new law or evidence, and

the Court remains convinced that Mr. Whitington failed to exhaust DOC administrative

remedies prior to initiating the instant lawsuit.  Therefore, the motion to reconsider will

be denied.  If Mr. Whitington wishes to pursue his claims, he may do so after

exhausting the DOC's grievance process as to each of his claims.  Accordingly, it is

ORDERED that the "Motion to Accep [sic] Motion to Amend Judgment Pursuant

to Rule 59(e) F.R.C.P. With Deficient Copies and Without the Attached Exhibits"

submitted **pro se** by Plaintiff Michael Whitington and filed with the Court on August 15,

2006, is denied as unnecessary.  It is

FURTHER ORDERED that the motion titled "Motion to Amend Judgement [sic]

Pursuant to Rule 59(e) F.R.C.P." submitted **pro se** on August 15, 2006, by Plaintiff

Michael Whitington, and which the Court has treated as a motion to alter or amend the

judgment pursuant to Fed. R. Civ. P. 59(e), is denied.

DATED at Denver, Colorado, this _21_ day of _____Aug._____, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00759-BNB

Michael Whitington
Prisoner No. 98082
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

      I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on _8/22/06_

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk