IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00759-BNB

MICHAEL WHITINGTON,

      Plaintiff,

v.

JOE ORTIZ,
AL ESTEP,
JOHN DOE,
SGT. OLSEN,
SGT. HUFF,
SGT. HARDING,
C/O BARNES,
LT. JOHN CORDOVA, and
LT. ADELMAN,

      Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 1 2007

GREGORY C. LANGHAM
CLERK

_____

## ORDER REINSTATING AND DRAWING CASE
## TO A DISTRICT JUDGE AND A MAGISTRATE JUDGE

_____

Pursuant to the mandate of the United States Court of Appeals for the Tenth

Circuit filed in this action on January 25, 2007, this civil action is reinstated.  The action

will be drawn to a district judge and to a magistrate judge.  Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate of the

United States Court of Appeals for the Tenth Circuit filed in this action on January 25,

2007.  It is

FURTHER ORDERED that this action shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this _31_ day of _____Jan,_____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01245-BNB

Michael Whitington
Prisoner No. 98082
San Carlos Corr. Facility
1410 W. 13th Street
PO Box 3
Pueblo, CO 81002

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on___2 - 1-07___

GREGORY C. LANGHAM, CLERK

By:_____
                  Deputy Clerk