IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00759-LTB-CBS

MICHAEL WHITINGTON,
    Plaintiff,
v.

JOE ORTIZ,
AL ESTEP,
STEVEN GREEN,
DALAYNE TORNOWSKI,
STEVEN LOCKHART,
THOMAS BULLARD,
SGT. OLSEN,
SGT. HUFF,
C/O BARNS,
LT. JOHN CORDOVA, and
LT. ADELMAN,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Whitington's "Request to Submit Evidence to Support the Plaintiff's Motion for Preliminary Injunction and or Restraining Order" (filed March 29, 2007) (doc. # 58). Pursuant to the Order of Reference dated February 7, 2007 (doc. # 44), the matter was referred to the Magistrate Judge. The court has reviewed Mr. Whitington's request, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Mr. Whitington asks the court to "accept the attached evidence to support the plaintiff's request for preliminary injunction and temporary restraining order." The court notes that it received Mr. Whitington's "Memorandum of Law in Support for Motion for TRO and Preliminary Injunction" and "Declaration in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction." (*See* docs. # 52 and # 53). The court has not received a motion for temporary restraining order or preliminary injunction form Mr. Whitington. The court has already accepted as filed Mr. Whitington's "evidence to support

1

the plaintiff's request for preliminary injunction and temporary restraining order."

Accordingly, IT IS ORDERED that Mr. Whitington's "Request to Submit Evidence to Support the Plaintiff's Motion for Preliminary Injunction and or Restraining Order" (filed March 29, 2007) (doc. # 58) is GRANTED.

DATED at Denver, Colorado, this 2nd day of April, 2007.

BY THE COURT:


    s/Craig B. Shaffer
United States Magistrate Judge