IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00759-LTB-CBS

MICHAEL WHITINGTON,
    Plaintiff,
v.

JOE ORTIZ,
AL ESTEP,
STEVEN GREEN,
DALAYNE TORNOWSKI,
STEVEN LOCKHART,
THOMAS BULLARD,
SGT. OLSEN,
SGT. HUFF,
C/O BARNS,
LT. JOHN CORDOVA, and
LT. ADELMAN,
    Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Whitington's letter (filed April 16, 2007) (doc. # 69) (docketed by the Clerk of the Court as a "Motion to Clarify service and filings"). Pursuant to the Order of Reference dated February 7, 2007 (doc. # 44) and the memorandum dated April 17, 2007 (doc. # 70), this matter was referred to the Magistrate Judge. The court has reviewed Mr. Whitington's letter, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Mr. Whitington asks the court to answer several questions about the status of his case:

    1.    Mr. Whitington asks "[i]s Thomas Bullard the Attorney of Record?" The court responds that Thomas Bullard is one of the Defendants that Mr. Whitington sued in his Amended Complaint (doc. # 15). Thomas Bullard is not currently represented by the Colorado Attorney General's Office because he is no longer an employee of the Colorado Department of Corrections. Thomas Bullard has filed a "Motion for Summary or in the

1

Alternative Motion to Dismiss Revised Complaint" on his own behalf, in his *pro se* capacity.

2.	Mr. Whitington asks "[w]hy has the Attorney Generals [sic] Office not been served?" The court responds that the Attorney General's Office has not been served because it is not a Defendant in this action.  James X. Quinn of the Attorney General's Office is representing all of the Defendants in this action, except Defendants Thomas Bullard, Dalayne Tornowski and Steven Lockhart, because they are no longer employees of the Colorado Department of Corrections.

3.	Mr. Whitington asks "[h]as the Attorney General or Thomas Bullard waived personal service?"  The court responds that all of the Defendants named in Mr. Whitington's Amended Complaint (doc. # 15) have either been served personally or waived service, except Defendants Dalayne Tornowski and Steven Lockhart.  The U.S. Marshal is unable to serve Defendants Dalayne Tornowski and Steven Lockhart because they are no longer employees of the Colorado Department of Corrections and their only forwarding addresses are Post Office boxes.  The U.S. Marshal cannot serve Defendants Dalayne Tornowski and Steven Lockhart at Post Office boxes.

Defendant Thomas Bullard has already responded to Mr. Whitington's Amended Complaint (doc. # 15) by filing his "Motion for Summary or in the Alternative Motion to Dismiss Revised Complaint" in his *pro se* capacity.  Defendants Ortiz, Estep, Green, Olson, Huff, Barnes, Cordova, and Adelman will file their response to Mr. Whitington's Amended Complaint (doc. # 15) on or before May 3, 2007.  (*See* court's Minute Order (doc. # 68)).

4.	Mr. Whitington asks why the extra copies regarding his motion for preliminary injunction that he sent to the court were not served on the Attorney General.  The court responds that if Mr. Whitington files any papers with the court, **Mr. Whitington** must mail copies to the Attorney General and to Thomas Bullard.  The court will not mail copies for Mr. Whitington to the Defendants or their counsel.

5.	Mr. Whitington asks "has the Attorney General been served with the motion for preliminary injunction and the two supporting motions?"  The court responds again that if Mr.

Whitington files any motions with the court, **Mr. Whitington** must mail copies to the Attorney General and to Thomas Bullard. The court will not mail copies for Mr. Whitington to the Defendants or their counsel.

6. Mr. Whitington states that he has not received copies of "any motions from Thomas Bullard or the Attorney General's Office." The most recent filing by James X. Quinn of the Attorney General's Office includes a certificate of mailing with Mr. Whitington's current address. (*See* doc. # 66 at p. 3). The court may presume that Mr. Whitington was mailed a copy of the most recent filing by James X. Quinn of the Attorney General's Office. Thomas Bullard's "Motion for Summary or in the Alternative Motion to Dismiss Revised Complaint" includes a certificate of mailing that does not reflect Mr. Whitington's current address of record. (*See* doc. # 62 at p. 8). The court will direct Defendant Bullard to remail copies of his "Motion for Summary or in the Alternative Motion to Dismiss Revised Complaint" and "Memorandum Brief in Support. . ." to Mr. Whitington at his current address of record.

7. Mr. Whitington states that he filed multiple attachments to his motion for preliminary injunction. The court responds that Mr. Whitington's Motion for Preliminary Injunction and/or Temporary Restraining Order . . ." was filed on April 9, 2007, including several pages of attachments. (*See* doc. # 64 at pp. 3-11 of 11). The court has also filed Mr. Whitington's "Memorandum of Law in Support for Motion for TRO and Preliminary Injunction" (doc. # 52), "Declaration in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction" (doc. # 53), and "evidence to support the plaintiff's request for preliminary injunction and temporary restraining order" (doc. # 58 at pp. 3-5 of 5).

Accordingly, IT IS ORDERED that:

1. Mr. Whitington's letter filed on April 16, 2007 (doc. # 69) (docketed by the Clerk of the Court as a "Motion to Clarify service and filings") is GRANTED to the extent explained in this Order.

2. **On or before Friday April 20, 2007, Defendant Thomas Bullard shall remail copies of his "Motion for Summary or in the Alternative Motion to Dismiss Revised**

**Complaint" (doc. # 61) and "Memorandum Brief in Support . . . " (doc. # 62) to Mr. Whitington at his current address of record:**

> **Michael Whitington, Inmate # 98082**
> **Sterling Correctional Facility (SCF)**
> **P.O. Box 6000**
> **Sterling, CO. 80751**

3.  **On or before Monday May 21, 2007, Mr. Whitington shall file his response to Defendant Thomas Bullard's "Motion for Summary or in the Alternative Motion to Dismiss Revised Complaint" (doc. # 61).**

DATED at Denver, Colorado, this 17th day of April, 2007.

BY THE COURT:

　　s/Craig B. Shaffer
United States Magistrate Judge