IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00759-LTB-CBS

MICHAEL WHITINGTON,
     Plaintiff,
v.

JOE ORTIZ,
AL ESTEP,
STEVEN GREEN,
DALAYNE TORNOWSKI,
STEVEN LOCKHART,
THOMAS BULLARD,
SGT. OLSEN,
SGT. HUFF,
C/O BARNS,
LT. JOHN CORDOVA, and
LT. ADELMAN,
     Defendants.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

     This civil action comes before the court pursuant to the Order of Reference dated February 7, 2007 (doc. # 44). A recent mailing sent to Defendant Thomas Bullard was returned in the mail as undeliverable. (*See* doc. # 72). The Clerk of the Court sent a copy of doc. # 71 to Thomas Bullard at 2429 Sheffield Circle West, Fort Collins, CO 80526, which is not Defendant Bullard's address of record in this civil action.

     Accordingly, the Clerk of the Court is directed to re-mail a copy of doc. # 72 to Defendant Thomas Bullard at his address of record in this action, **115 Park Circle, Sterling, CO 80751**.

1

DATED at Denver, Colorado, this 24th day of April, 2007.

BY THE COURT:


   s/Craig B. Shaffer
United States Magistrate Judge