IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00759-LTB-CBS

MICHAEL WHITINGTON,

    Plaintiff,

v.

JOE ORTIZ,
AL ESTEP,
STEVE GREEN,
DALAYNE TORNOWSKI,
STEVEN LOCKHART,
THOMPAS BULLARD,
SGT. OLSEN,
SGT. HUFF,
C/O BARNS,
LT. JOHN CORDOVA, and
LT. ADELMAN,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant Bullard's Motion for Protective Order (*doc. no. 102)* is **GRANTED**.

    IT IS FURTHER ORDERED that pursuant to this Court's previous ruling that it is unnecessary for Plaintiff to conduct discovery prior to responding to Defendant Bullard's motion to dismiss, Defendant Bullard is relieved of his obligation to respond to Plaintiff's discovery requests until after a ruling on Defendant Bullard's pending Motion to Dismiss *[filed April 4, 207; doc. no. 61]*.

**DATED:**    June 5, 2007