## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Civil Case No. 06-cv-00759-LTB-CBS

MICHAEL WHITINGTON,

       Plaintiff,

v.

JOE ORTIZ,
AL ESTEP,
STEVE GREEN,
DALAYNE TORNOWSKI,
STEVEN LOCKHART,
THOMPAS BULLARD,
SGT. OLSEN,
SGT. HUFF,
C/O BARNS,
LT. JOHN CORDOVA, and
LT. ADELMAN,

       Defendants.
_____

**ORDER**
_____

       This case is before me on the recommendation of the Magistrate Judge that (1) Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc 87) be granted and this civil action be dismissed for failure to state a claim upon which relief can be granted; (2) Defendant Bullard's Motion for Summary Judgment or in the Alternative Motion to Dismiss Revised Complaint (Doc 61) be granted and Defendant Bullard be dismissed from this civil action; (3) Mr. Whitington's Motion for Preliminary Injunction and/or Temporary Restraining Order Pursuant to Rule 65(a) and (b) F.R.C.P. (Doc 64) be denied; and (4) Mr.

Whitington's Motion to Supplement and Amend Prisoner Complaint Pursuant to Fed.R.Civ.P. 15(a) and (d) (Doc 79) be denied. Plaintiff has filed timely written objections to the Magistrate Judge's recommendations. I have therefore reviewed the recommendations in light of the Plaintiff's objections and the file and record in this case *de novo*. On *de novo* review I conclude that the recommendations are correct. Accordingly

   IT IS ORDERED as follows:

   1. Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc 87) is GRANTED and this action is DISMISSED for failure to state a claim upon which relief can be granted;

   2. Defendant Bullard's Motion for Summary Judgment or in the Alternative Motion to Dismiss Revised Complaint (Doc 61) is GRANTED and Defendant Bullard is DISMISSED from this action;

   3. Mr. Whitington's Motion for Preliminary Injunction and/or Temporary Restraining Order Pursuant to Fed.R.Civ.P. 65(a) and (b) (Doc 64) is DENIED; and

   4. Mr. Whitington's Motion to Supplement and Amend Prisoner Complaint Pursuant to Fed.R.Civ.P. 15(a) and (d) (Doc 79) is DENIED; and the above action is DISMISSED.

                                        BY THE COURT:


                                         s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:   October 1, 2007