IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 06-cv-00759-LTB-CBS

MICHAEL WHITINGTON,

    Plaintiff,

v.

JOE ORTIZ,
AL ESTEP,
STEVE GREEN,
DALAYNE TORNOWSKI,
STEVEN LOCKHART,
THOMAS BULLARD,
SGT. OLSEN,
SGT. HUFF,
C/O BARNES,
LT. JOHN CORDOVA, and
LT. ADELMAN,

    Defendants.

___

**ORDER OF RE-REFERRAL TO MAGISTRATE JUDGE**
___

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this matter is re-referred to United States Magistrate Judge **Craig B. Shaffer** for further proceedings on remand (Doc 149) and subject to all provisions of the prior Order of Reference to Magistrate (Doc 44).

                                                  BY THE COURT:

                                                  s/Lewis T. Babcock
                                                  Lewis T. Babcock, Judge

DATED: February 23, 2009