**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

**Civil Action No.: 06-cv-00759-LTB-CBS**             FTR - Reporter Deck - Courtroom A402
**Date:   May 27, 2009**                              **Courtroom Deputy:** Linda Kahoe

MICHAEL WHITINGTON,                                   *Pro se (via telephone)*

    Plaintiff,

    v.

AL ESTEP, *et al.*                                    James Xavier Quinn

    Defendants.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in session: 11:43 a.m.**
Court calls case.  Appearance of counsel.  Plaintiff *pro se* via telephone.

Discussion and arguments regarding relevance of certain requests for documents listed in Addendum A to Plaintiff's Motion for Service of Subpoena Duces Tecum by the U.S. Marshals Office.

For the reasons as stated on the record, it is:

**ORDERED:   Plaintiff's Motion for Service of Subpoena Duces Tecum by the U.S. Marshals Office (doc #169, filed 4/22/2009) is DENIED as MOOT.**

**ORDERED:   Plaintiff's Motion to Modify Production of Document Limit Set by the Court (doc #181, filed 5/12/2009) is GRANTED.  Plaintiff may serve 25 requests for production of documents on Defendant Zavaras.  All other defendants are limited to 10 requests.**

**ORDERED:   Plaintiff shall file a Response to Defendants' Combined Motion to Dismiss and Memorandum Brief in Support of Motion to Dismiss Plaintiff's Second Amended Complaint (doc #187, filed 5/26/2009) on or before June 25, 2009.**

HEARING CONCLUDED.
**Court in recess**:        **12:01 p.m.**
Total time in court:   00:18

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.