**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

Civil Action No.:  **06-cv-0759-LTB-CBS**            **FTR** - Reporter Deck - Courtroom A402
Date:  **September 8, 2009**                         **Courtroom Deputy:**  Linda Kahoe

MICHAEL WHITINGTON,                        *Pro se (via telephone)*

     Plaintiff,

     v.

AL ESTEP, *et al.,*                        James Xavier Quinn

     Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   MOTION HEARING**
**Court in session:       9:22 a.m.**
Court calls case.  Appearances of counsel.  Plaintiff appears *pro se* via phone.

Discussion and arguments regarding pending motions and *ex parte* documents.

For the reasons as stated on the record, it is:

**ORDERED:   Defendants shall mail responses to the requests for production of documents
to Plaintiff by the close of business on SEPTEMBER 10, 2009.  Defendants
shall mail the outstanding answers to interrogatories by the close of business
on SEPTEMBER 14, 2009.**

**ORDERED:   The Clerk of the Court is directed to make the docket entries public for the
following *ex parte* documents:  #[203], #[207], #[211], #[212].**

**ORDERED:   The Motion to Allow the Colorado Department of Correction's Answer Filed
by Chris Alber Stating Why He Took the Plaintiff's Evidence in the Above
Case Filed in Whitington V Moschetti, 07-cv-00663 Filed on August 14, 2009,
to be Allowed in the Above Case (doc #[208], filed 8/26/2009) is DENIED.**

**ORDERED:** **Motion for Enlargement of Time to Complete Discovery (doc #[201], filed 8/4/2009) is GRANTED.  The discovery deadline is extended to NOVEMBER 16, 2009.  The dispositive motion deadline is extended to DECEMBER 14, 2009.**

The court will issue a Recommendation regarding Defendants' Combined Motion to Dismiss and Memorandum Brief in Support of Motion to Dismiss Plaintiff's Second Amended Complaint (doc #[187], filed 5/26/2009).

HEARING CONCLUDED.

**Court in recess**:     **10:21 a.m.**
Total time in court:     00:59

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.