**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.:**   06-cv-00759-LTB-CBS | FTR - Reporter Deck - Courtroom A402 |
| **Date:   January 28, 2010** | **Courtroom Deputy:**   Linda Kahoe |

MICHAEL WHITINGTON,                              *Pro se (via phone)*

    Plaintiff,

    v.

AL ESTEP, *et al.,*                              James Xavier Quinn

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   STATUS CONFERENCE**
**Court in session:       10:49 a.m.**
Court calls case.  Appearance of counsel.  Mr. Whitington appears via phone.

Discussion regarding Motion for Temporary Restraining Order and Preliminary Injunction Pursuant to Rule 65(a) & (b) Fed.R.Civ.P., doc #[218], filed 9/23/2009.  The court will recommend that this motion be denied.

Discussion regarding Plaintiff's Third Request to Compel the Defendants to Produce Discovery and Combine Motion to Impose Sanctions Against the Defendants, and Appoint Counsel for the Plaintiff, doc #[224], filed 10/9/2009.

For the reasons as stated on the record, it is:

**ORDERED**:   Plaintiff's Third Request to Compel the Defendants to Produce Discovery and Combine Motion to Impose Sanctions Against the Defendants, and Appoint Counsel for the Plaintiff, doc #[224] is **DENIED** as it relates to compelling production and imposing sanctions.  The Motion to Appoint Counsel is **DENIED** subject to Mr. Whitington's right to renew that motion at some appropriate time in the future.

Discussion regarding Motion to Supplement Plaintiff's Third Motion to Compel, doc #[248], filed 1/26/2010.

For the reason as stated on the record, it is:

**ORDERED**:  Motion to Supplement Plaintiff's Third Motion to Compel, doc #[248] is **DENIED**.

Discussion regarding Motion to Appoint Counsel or Place the Plaintiff on the Court's List for Pro Bono Counsel, doc #[247], filed 1/26/2010.

**ORDERED**:  Motion to Appoint Counsel or Place the Plaintiff on the Court's List for Pro Bono Counsel, doc #[247] is **DENIED** at this time, subject to Mr. Whitington's right to raise the issue again at a more appropriate time.

Mr. Quinn states he will file a Motion for Summary Judgment.

**ORDERED**:  The Dispositive Motion deadline is extended to **FEBRUARY 19, 2010.**

HEARING CONCLUDED.

**Court in recess:**     **11:23 a.m.**
Total time in court:     00:34

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.