IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00759-LTB-CBS

MICHAEL WHITINGTON,
    Plaintiff,
v.

ARISTEDES ZAVARAS,
    Defendant.[1]

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Mr. Whitington's "Motion to Compel the Defendants to Supply the Plaintiff with a Copy of Defendants['] Motion for Summary Judgment" (filed March 19, 2010) (doc. # 254) and corresponding request for a 30-day extension of time to respond to Defendants' Motion. Pursuant to the Order of Reference dated February 7, 2007 (doc. # 44) and the memorandum dated March 23, 2010 (doc. # 255), this matter was referred to the Magistrate Judge.

According to the certificate of mailing, Defendants' Motion for Summary Judgment was mailed to Mr. Whitington at his current address. The court will request the Clerk of the Court to mail an additional copy of Defendants' Motion for Summary Judgment (doc. # 251) to Mr. Whitington. The court having reviewed the matter, the entire case file, and the applicable law and being sufficiently advised in the premises, IT IS ORDERED that:

1.    Mr. Whitington's "Motion to Compel the Defendants to Supply the Plaintiff with a Copy of Defendants['] Motion for Summary Judgment" (filed March 19, 2010) (doc. # 254) is GRANTED IN PART AND DENIED IN PART.

2.    The court requests that the Clerk of the Court mail an additional copy of Defendants' Motion for Summary Judgment (doc. # 251) to Mr. Whitington at his current

---

[1] Pursuant to the court's Order dated October 29, 2009 (doc. # 233), Defendant Zavaras is the only Defendant remaining in the case.

1

address of record.

3. Mr. Whitington may file any response he has to Defendants' Motion for Summary Judgment **on or before April 26, 2010**.

DATED at Denver, Colorado, this 24th day of March, 2010.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge